UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD JAMISON,

               Petitioner,

  -against-

ROBERT ERCOLE, Superintendent,
Green Haven Correctional Facility,

              Respondent.
------------------------------------------------------------X

JUDGMENT
08-CV- 0614 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 7 2008 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 2, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       October 06, 2008

Robert C. Heinemann
Clerk of Court

By: /s/ Terry Vaughn
Terry Vaughn
Chief Deputy of
Court Operations